IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| EOG Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| P. Diane Johnson, in her capacity as the | ) | |
| Chief Judge of the Three Affiliated Tribes | ) | |
| District Court of the Fort Berthold Indian | ) | |
| Reservation and Yvette Falcon, in her | ) | |
| capacity as the Court Clerk/Consultant of | ) | |
| the Three Affiliated Tribes District Courts | ) | |
| of the Forth Berthold Indian Reservation, | ) | |
| | ) | Case No. 4:14-cv-087 |
| Defendants. | ) | |

Before the court are motions for attorneys Robert S. Thompson, IV and Robert S. Thompson, III to appear *pro hac vice* on behalf of plaintiff. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys Robert S. Thompson, IV and Robert S. Thompson, III have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket Nos. 3 and 4) are **GRANTED**. Attorneys Robert S. Thompson, IV and Robert S. Thompson, III are admitted to practice before this court in the above-entitled action on plaintiff's behalf.

**IT IS SO ORDERED.**

Dated this 5th day of July, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge