## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | |
|---|---|
| EOG Resources, Inc., | ) |
|       Plaintiff, | ) ) ) |
| vs. | ) **ORDER GRANTING MOTION** ) **TO CONTINUE SCHEDULING** ) **CONFERENCE** |
| P. Diane Johnson, in her capacity as the Chief Judge of the Three Affiliated Tribes District Court of the Fort Berthold Indian Reservation, Yvette Falcon, in her capacity as Court Clerk/Consultant of the Three Affiliated Tribes District Court of the Fort Berthold Indian Reservation, Jolene Burr, Ted Lone Fight, Georgianna Danks, and Edward S. Danks, | ) ) ) ) ) ) ) ) ) ) Case No. 4:14-cv-087 |
|       Defendants. | ) ) |

Before the court is an "Unopposed Motion to Vacate and Continue Scheduling Conference" filed December 11, 2014. Plaintiff EOG Resources, Inc., ("EOG") requests that the scheduling conference currently set for December 15, 2014 be continued for 45 days because (1) a tribal court hearing that may render moot the jurisdictional claims in this case is set for December 17, 2014; (2) EOG has been unable to serve all defendants; and (3) EOG intends to seek leave to file a Second Amended Complaint that accurately reflects the status of the tribal court action.

The motion (Docket No. 10) is **GRANTED**. The Scheduling Conference will be reset for February 3, 2015 at 10:00 a.m by telephone before Judge Miller and will be held in conjunction with the Scheduling Conference in a related case, Kodiak Oil & Gas (USA) Inc. v. Burr, Case No. 4:14-cv-085. The parties shall call the following number and enter the access code at that time:

    Number:     1-877-848-7030

    Access Code:  9768929

In advance of the call, the parties shall submit a proposed Scheduling/Discovery plan in "WordPerfect" or "Word" format to ndd_J-Miller@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 12th day of December, 2014.

                                               */s/ Charles S. Miller, Jr.*
                                               Charles S. Miller, Jr., Magistrate Judge
                                               United States District Court