IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | |
|---|---|
| EOG Resources, Inc., | ) |
|       Plaintiff, | ) |
| vs. | ) **ORDER GRANTING** |
| | ) **MOTION TO STAY** |
| P. Diane Johnson, in her capacity as the Chief Judge of the Three Affiliated Tribes District Court of the Fort Berthold Indian Reservation, Yvette Falcon, in her capacity as Court Clerk/Consultant of the Three Affiliated Tribes District Court of the Fort Berthold Indian Reservation, Jolene Burr, Ted Lone Fight, Georgianna Danks, and Edward S. Danks, | ) Case No. 4:14-cv-087 |
|       Defendants. | ) |

Before the court is an "Unopposed Motion to Stay Action for 60 Days" filed January 30, 2015. Plaintiff EOG Resources, Inc., ("EOG") requests a 60-day stay because a tribal court hearing that may render moot the jurisdictional claims in this case that was set for December 17, 2014, has been continued to February 5, 2015.

The motion (Docket No. 12) is **GRANTED**. The Scheduling Conference will be reset for May 4, 2015 at 10:00 a.m by telephone before Judge Miller and will be held in conjunction with the Scheduling Conference in a related case, Kodiak Oil & Gas (USA) Inc. v. Burr, Case No. 4:14-cv-085. The parties shall call the following number and enter the access code at that time:

    Number:     1-877-848-7030

    Access Code:  9768929

In advance of the call, the parties shall submit a proposed Scheduling/Discovery plan in "WordPerfect" or "Word" format to ndd_J-Miller@ndd.uscourts.gov.

**IT IS SO ORDERED.**

Dated this 2nd day of February, 2015.

                                      */s/ Charles S. Miller, Jr.*
                                      Charles S. Miller, Jr., Magistrate Judge
                                      United States District Court