## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| EOG Resources, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **MOTION TO STAY** |
| | ) | |
| P. Diane Johnson, in her capacity as the Chief Judge of the Three Affiliated Tribes District Court of the Fort Berthold Indian Reservation, Yvette Falcon, in her capacity as Court Clerk/Consultant of the Three Affiliated Tribes District Court of the Fort Berthold Indian Reservation, Jolene Burr, Ted Lone Fight, Georgianna Danks, and Edward S. Danks, | ) ) ) ) ) ) ) ) ) ) | Case No. 4:14-cv-087 |
| | ) | |
| Defendants. | ) | |

Before the court is an "Unopposed Motion to Stay Action" filed by plaintiff EOG Resources, Inc., ("EOG") on May 1, 2015. EOG requests that the scheduling conference set for May 4, 2015, be vacated and that the above-captioned case be stayed pending a ruling from the Three Affiliated Tribes District Court and a possible appeal from the tribal court decision.

The motion (Docket No. 18) is **GRANTED**. The court will set a telephonic status conference for September 10, 2015 at 10:00 AM CDT before Judge Miller. The parties shall call the following number and enter the access code at that time:

Number: 1-877-848-7030

Access Code: 9768929

The status conference will be held in conjunction with a status conference in a related case, <u>Kodiak Oil & Gas (USA) Inc. v. Burr</u>, Case No. 4:14-cv-085.

1

In the motion to stay, EOG indicated it would provide the court a status report every 90 days during the stay. EOG will not be required provide a status report in advance of the status conference. If the parties believe action should be taken before September 10, 2015, they shall contact the undersigned's chambers to request that an appropriate hearing be set.

**IT IS SO ORDERED.**

Dated this 4th day of May, 2015.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr., Magistrate Judge
>United States District Court