# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| EOG Resources, Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| P. Diane Johnson, in her capacity as the ) | |
| Chief Judge of the Three Affiliated Tribes ) | |
| District Court of the Fort Berthold Indian ) | Case No. 4:14-cv-087 |
| Reservation, et. al., ) | |
| ) | |
| Defendants. ) | |

A telephonic status conference will be held on September 10, 2015, at 11:00 AM CDT. The parties shall call the following number enter the access code at that time:

Tel. No. 1-877-848-7030

Access Code: 9768929

The status conference will be held in conjunction with a status conference in a related case, Kodiak Oil and Gas (USA) Inc. v. Burr, Case No. 4:14-cv-085.

**IT IS SO ORDERED.**

Dated this 1st day of September, 2015.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court